UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

THE MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a federally-recognized
Indian Tribe, and MICHAEL R. TEIN,

**09 - 20673**

Plaintiffs,

vs.

**CIV - HUCK**

STEVEN THIELE,

Defendant.

**MAGISTRATE JUDGE
O'SULLIVAN**

_____/

FILED BY _____

2009 MAR 17  AM 11: 23

STEVEN H. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

### COMPLAINT

Plaintiffs Miccosukee Tribe of Indians of Florida ("Tribe") and Michael R. Tein

("Tein") file this complaint against Defendant Steven Thiele ("Thiele") for violations of

15 U.S.C. §§ 1125 and 8131, and state as follows:

### NATURE OF THE ACTION

1.      The Tribe is a federally-recognized and federally-protected Indian Tribe

in South Florida.  Tein is a lawyer for the Tribe.  Thiele is willfully infringing upon the

Tribe's federally-recognized name and Tein's legal name by using the Internet domain

names *miccosukeegolfchampionship.com* and *michaeltein.com* to profit from the

Plaintiffs' goodwill and popularity.  Thiele's Internet domain names are identical or

confusingly similar to the names of Tein and the Tribe's national Professional Golf

Association (PGA) golf tournament.

2.      As redress for Thiele's flagrant violations of the Tribe's famous and

distinctive mark and Tein's legal name, Plaintiffs sue for cyberpiracy pursuant to federal

law. As remedies, Plaintiffs seek statutory and/or actual damages, attorneys' fees, costs, and preliminary and permanent injunctive relief.

## PARTIES

3.      The Miccosukee Tribe of Indians of Florida is a federally-recognized and federally-protected Indian Tribe, exercising powers of self-government under a Tribal constitution approved by the Secretary of the Interior in 1962, pursuant to the Indian Reorganization Act of 1934, 25 U.S.C. § 476.

4.      Michael R. Tein is a lawyer for the Tribe and a resident of Miami-Dade County, Florida.

5.      Steven Thiele is a resident of Miami-Dade County, Florida. Thiele is the registered owner of the domain names *miccosukeegolfchampionship.com* and *michaeltein.com* (collectively referred to as the "Infringing Domain Names").

## JURISDICTION AND VENUE

6.      This Court has jurisdiction of this civil action under 28 U.S.C. § 1331 (civil actions arising under the Constitution, laws, or treaties of the United States) and 28 U.S.C. § 1338 (civil actions arising under any Act of Congress relating to patents, plant variety protection, copyrights, mask works, designs, trademarks, or unfair competition.)

7.      Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred here.

## GENERAL ALLEGATIONS

8.     The Tribe hosts the Miccosukee Championship, an annual golf tournament that is part of the Professional Golfers Association's (PGA) Nationwide Tour, at the Miccosukee Golf & Country Club.

9.     Michael Tein is a lawyer for the Tribe.  Tein represents the Tribe in various matters including *Miccosukee Tribe of Indians of Florida, et al. v. Thiele*, Case No.: 08-22714-civ-Ungaro/Simonton ("prior case"), an action brought against Thiele on September 29, 2008, for similar violations of 15 U.S.C. §§ 1125.  *Id.* at DE 1.  The Court directed the clerk to enter default against Thiele, who was appearing *pro se*, for his failure to respond on December 9, 2008.  *Id.* at DE 14.  The Court entered an order for default final judgment on December 23, 2008, granting the Tribe statutory damages, enjoining Thiele from further infringement of the Tribe's federally-recognized name, requiring Thiele to transfer ownership of the infringing domain names, and granting attorneys' fees and costs to Tribe.  *Id.* at DE 22.

10.     Following the Tribe's initiation of the prior case, Thiele created and registered the Infringing Domain Names.  On or around October 19, 2008, Thiele created and registered *miccosukeegolfchampionship.com* with the domain-hosting service YahooDomains.  Thiele registered *miccosukeegolfchampionship.com* to 20031 SW 84 Avenue, Miami, Florida 33189.  The WHOIS registration information for *miccosukeegolfchampionship.com* is attached as Exhibit A.

11.     Thiele's registered domain name *miccosukeegolfchampionship.com* is nearly identical and confusingly similar to the Tribe's website for the Miccosukee Championship *miccosukeechampionship.com*.

3

Lewis Tein PL.
ATTORNEYS AT LAW
3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133

12.     On or around October 27, 2008, Thiele created and registered *michaeltein.com* with the domain name hosting service YahooDomains.   Thiele registered *michaeltein.com* to 20031 SW 84 Avenue, Miami, Florida 33189.   The WHOIS registration information for *michaeltein.com* is attached as Exhibit B.

13.     Thiele's registered domain name *michaeltein.com* contains the legal name of Michael Tein with only the omission of the space between Tein's first and last name.

14.     Plaintiffs have not agreed to allow Thiele to use their marks or names.

15.     After Thiele registered each of the Infringing Domain Names, he linked the Infringing Domain Names to his website *1stunna.com* which automatically plays music and displays an image of Thiele shirtless with tattoos "Infamous Gangsta" and "#1 Stunna," emblazed in large gothic letters on his chest, stomach, and neck, underneath the phrase "#1 STUNNA / THE LAST OF THE MOHICANS!".   Information is posted on the website regarding Thiele's prior arrests and convictions related to bombing, threats, and battery on a witness, for which he apparently served six years in federal prison.

16.     After registering *michaeltein.com*, Thiele acknowledged his intentional disregard for the judicial process by posting the following on the home page of his website along with animations of semi-automatic pistols repeatedly firing bullets:

> Because i [sic] have now been sued by the Miccosukee Tribe Of Indians and i [sic] have received over 30 million hits on 1stunna.com the price for miccosukeetribeofindians.com has increased to 1 million dollars and not a penny less! The indian's [sic] attorney who sued me is Michael Tein. I now own michaeltein.com.

A true and accurate copy of Thiele's website from November 17, 2008, is attached as Exhibit C.

4

17.     At other relevant times during the pendency of the prior case, Thiele posted various threatening and offensive messages on his website.  On or around December 17, 2008, when an internet user typed in *www.michaeltein.com* or any one of the Infringing Domain Names, the user was directed to Defendant's website which displayed the following message, adorned by animation of semi-automatic pistols repeatedly firing bullets:

> YOUR ALL A BUNCH OF F[*redacted*] A[*redacted*]! YOU KNOW WHY, BECAUSE YOU DON'T HAVE THE GUTS TO BE WHAT YOU WANT TO BE.  YOU NEED PEOPLE LIKE ME.  YOU NEED PEOPLE LIKE ME, SO YOU CAN POINT YOUR F[*redacted*] FINGERS AND SAY, THATS THE BAD GUY!  SO, WHAT THAT MAKE YOU, GOOD.  YOUR NOT GOOD, YOU JUST KNOW HOW TO HIDE, HOW TO LIE.  ME, I DON'T HAVE THAT PROBLEM.  ME, I ALWAYS TELL THE TRUTH, EVEN WHEN I LIE.  SO SAY GOODNIGHT TO THE BAD GUY!  GO ON, THE LAST TIME YOUR GONNA SEE A BAD GUY LIKE THIS AGAIN!  LET ME TELL YOU!

A true and accurate copy of Thiele's website from December 19, 2008, is attached as Exhibit D.

18.     On December 21, 2008, Thiele sent Tein an email stating that he deleted the "domain names that you are concerned about."  A true and accurate copy of the email from Thiele to Tein is attached as Exhibit E.

19.     Although Thiele removed the links to the Infringing Domain Names and the domain names at issue in the prior case from his website *1stunna.com*, Thiele retains ownership and control over the Infringing Domain Names.

20.     Thiele registered the Infringing Domain Names with the specific intent to profit by selling the Infringing Domain Names to the Plaintiffs.

**Lewis Tein** PL
ATTORNEYS AT LAW
3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133

21.      Plaintiffs' counsel, while communicating with Thiele to transfer the domain names at issue in the prior case, requested that Thiele also transfer the Infringing Domain Names to avoid further litigation. On March 11, 2009, Thiele responded:

> IF YOU WANT THE OTHER 2 DOMAIN NAMES
> MAKE ME AN OFFER AND STOP THREATENING ME
> WITH LAWSUITS. IF YOUR GONNA SUE ME, THEN
> SUE ME. I GUESS YOU HAVE NOT REALIZED THAT
> I DO NOT GIVE A S[*redacted*]!

A true and accurate copy of the March 11, 2009, email from Thiele to Plaintiffs' counsel is attached as Exhibit F.

22.      In addition to Thiele's attempt to profit from his willful, blatant, and unlawful registration of the Infringing Domain Names, Thiele's bad faith is further evidenced by the fact that Thiele has registered at least 10 other domain names which are almost identical or similar to other famous marks or names, including *www.kinggoogle.com*, *www.palmislandindubai.com*, and *www.dubaisruler.com*, which redirect an Internet user to Thiele's website.

23.      The Tribe and Tein have retained Lewis Tein, P.L. as its attorneys. The Tribe is obligated to pay the firm the reasonable attorneys' fees, costs, and expenses incurred in connection with this action.

### COUNT I
### Federal Cyberpiracy
### (15 U.S.C. § 1125(d))
### (By the Tribe)

24.      Plaintiffs repeat and reallege paragraphs 1 through 23 as though fully set forth herein.

Lewis Tein pl
ATTORNEYS AT LAW
3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133

25.     The Tribe's mark is famous and distinctive within the meaning of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

26.     The Tribe's mark is entitled to common law trademark protection under the Lanham Act.

27.     Thiele registered *miccosukeegolfchampionship.com* domain name after the Tribe's mark had become distinctive and famous.

28.     Thiele's registered domain name *miccosukeegolfchampionship.com* is confusingly similar and dilutive of the Tribe's mark.

29.     Thiele registered the *miccosukeegolfchampionship.com* domain name without the Tribe's consent, and did so with the specific intent to profit by selling the *miccosukeegolfchampionship.com* domain name for financial gain to the Tribe or any third party.

30.     Thiele has used, and continues to maintain ownership and control of, *miccosukeegolfchampionship.com* domain name with the bad faith intent to profit from said use, ownership and control.

31.     Upon information and belief, Thiele has neither trademark rights nor any other intellectual property rights in the *miccosukeegolfchampionship.com* domain name.

32.     Thiele neither registered nor made good faith use of the *miccosukeegolfchampionship.com* domain name.

33.     Thiele's willful conduct constitutes cyberpiracy in violation of § 43(d) of the Lanham Act, 15 U.S.C. § 1125(d), and the Tribe has been and continues to be injured by this conduct.

**Lewis Tein** PL
ATTORNEYS AT LAW
3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133

WHEREFORE, the Tribe seeks damages against Thiele, including interest, attorneys' fees, costs, preliminary and permanent injunctive relief, and all other relief this Court deems just and proper.

**COUNT II**
**Federal Cyberpiracy**
**(15 U.S.C. § 8131(a))**
**(By Michael Tein)**

34.     Plaintiffs repeat and reallege paragraphs 1 through 23 as though fully set forth herein.

35.     Thiele's registered domain name *michaeltein.com* consists of the name of another living person, specifically Michael Tein. Tein uses this name both as his personal name and also as a source of business identity.

36.     Thiele registered the domain name *michaeltein.com* without Tein's consent, and did so with the specific intent to profit by selling the domain name *michaeltein.com* for financial gain to the Plaintiffs or any third party.

37.     Thiele has used, and continues to maintain control and ownership of, the domain name *michaeltein.com* with the bad faith intent to profit from said use.

38.     Upon information and belief, Thiele's legal name is not "Michael Tein," nor is such name commonly used to identify Thiele.

39.     Upon information and belief, Thiele has neither trademark rights nor any other intellectual property rights in the domain name *michaeltein.com*.

40.     Thiele has made no good faith use of the domain name *michaeltein.com*, nor did he register the domain name *michaeltein.com* in good faith.

8

**Lewis Tein** PL
ATTORNEYS AT LAW
3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133

41.     Thiele's willful conduct constitutes cyberpiracy, in violation of 15 U.S.C. § 8131(a), and Tein has been and continues to be injured by Thiele's conduct.

WHEREFORE, Michael R. Tein seeks preliminary and permanent injunctive relief against Thiele, including interest, attorneys' fees, costs, and all other relief this Court deems just and proper.

Respectfully submitted,

Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, Florida 33133
Telephone Number: (305) 442-1101
Facsimile Number: (305) 442-6744

By: _____
    Guy A. Lewis
    Fla. Bar No. 623740
    lewis@lewistein.com
    Beau R. Dasher
    Fla. Bar No. 0040910
    bdasher@lewistein.com

*Counsel for Plaintiffs Miccosukee Tribe of Indians of Florida and Michael R. Tein*

9

# EXHIBIT  A





**WHOIS Lookup**          .com          [ Go! ]

**Whois:**  miccosukeegolfchampionship.net   miccosukeegolfchampionship.org

**Available Domains**
none

**Premium Domains For Sale At Sedo.com**
none

Click here for a SiteTiki.com article about miccosukeegolfchampionship.com

## WHOIS information for: **miccosukeegolfchampionship.com**:

[whois.melbourneit.com]

```
Domain Name.......... miccosukeegolfchampionship.com
  Creation Date........ 2008-10-19
  Registration Date.... 2008-10-19
  Expiry Date.......... 2009-10-19
  Organisation Name.... Steven Thiele
  Organisation Address. 20031 SW 84 AVE
  Organisation Address.
  Organisation Address. MIAMI
  Organisation Address. 33189
  Organisation Address. FL
  Organisation Address. UNITED STATES

Admin Name........... Steven Thiele
  Admin Address........ 20031 SW 84 AVE
  Admin Address........
  Admin Address........ MIAMI
  Admin Address........ 33189
  Admin Address........ FL
  Admin Address........ UNITED STATES
  Admin Email.......... gangstalstunna@yahoo.com
  Admin Phone.......... +1.3059753033
  Admin Fax............

Tech Name............ YahooDomains TechContact
  Tech Address......... 701 First Ave.
  Tech Address.........
  Tech Address......... Sunnyvale
  Tech Address......... 94089
```

```
Tech Address......... CA
Tech Address......... UNITED STATES
Tech Email........... domain.tech@yahoo-inc.com
Tech Phone........... +1.6198813096
Tech Fax.............
Name Server.......... yns1.yahoo.com
Name Server.......... yns2.yahoo.com
```

## Domain Information
Domain Name Registration, News
Daily DNS Changes, ICANN

*Copyright © 1999-2008*

## Hosting Resources
Web Hosting, VPS, Managed Hosting,
Windows Hosting, Windows Servers
Dedicated Web Hosting

# EXHIBIT  B

 **Whois.Net**
DOMAIN-BASED RESEARCH SERVICES



**WHOIS Lookup** .com [ Go! ]

**Whois:** michaeltein.net    michaeltein.org

## Available Domains

☐ easymichaelteinlive...   ☐ easymichaelteinonli...   ☐ easymichaelteinlive...   ☐ easymichaelteinlive...
☐ easymichaelteinonli...   ☐ easymichaelteinonli...

[ ORDER NOW ]

## Premium Domains For Sale At Sedo.com

**Click here for a SiteTiki.com article about michaeltein.com**

# WHOIS information for: **michaeltein.com**:

[whois.melbourneit.com]

Domain Name.......... michaeltein.com
   Creation Date....... 2008-10-27
   Registration Date.... 2008-10-27
   Expiry Date.......... 2009-10-27
   Organisation Name.... Steven Thiele
   Organisation Address. 20031 SW 84 AVE
   Organisation Address.
   Organisation Address. MIAMI
   Organisation Address. 33189
   Organisation Address. FL
   Organisation Address. UNITED STATES

Admin Name........... Steven Thiele
   Admin Address........ 20031 SW 84 AVE
   Admin Address........
   Admin Address........ MIAMI
   Admin Address........ 33189
   Admin Address........ FL
   Admin Address........ UNITED STATES
   Admin Email.......... gangsta1stunna@yahoo.com
   Admin Phone.......... +1.3059753033
   Admin Fax...........

```
Tech Name............ YahooDomains TechContact
   Tech Address......... 701 First Ave.
   Tech Address.........
   Tech Address......... Sunnyvale
   Tech Address......... 94089
   Tech Address......... CA
   Tech Address......... UNITED STATES
   Tech Email........... domain.tech@yahoo-inc.com
   Tech Phone........... +1.6198813096
   Tech Fax.............
   Name Server.......... yns1.yahoo.com
   Name Server.......... yns2.yahoo.com
```

## Domain Information

Domain Name Registration,  News
Daily DNS Changes,  ICANN

*Copyright © 1999-2008*

## Hosting Resources

Web Hosting,  VPS,  Managed Hosting,
Windows Hosting,  Windows Servers
Dedicated Web Hosting

# EXHIBIT  C

11/17/2008

Page 1 of 2

BLANK





HOME | THE COLLECTION | PRESS | GALLERY | CONTACT

# #1
# STUNNA

IF YOU CHASE B
YOU WILL ALWAYS LOSE
MONEY ; IF YOU CHASE
MONEY, YOU WILL
ALWAYS HAVE B

Powered by web site analytics system.

## THE LAST OF THE MOHICANS !

Because i have now been sued by the
Miccosukee Tribe Of Indians and i have received
over 30 million hits on 1stunna.com the price for
miccosukeetribeofindians.com has increased to
1 million dollars and not a penny less !  The
indian's attorney who sued me is Michael Tein. I
now own michaeltein.com

# M.O.B.

# 1STUNNA.COM

MySpace Layouts & MySpace Comments

MySpace Layouts & MySpace Comments

http://1stunna.com/



11/17/2008

BLANK

http://1stunna.com/

# EXHIBIT  D

12/19/2008

BLANK

HOME | THE COLLECTION | PRESS | GALLERY | CONTACT

# #1
# STUNNA

## THE LAST OF THE MOHICANS !

MySpace Layouts & MySpace Comments

MySpace Layouts & MySpace Comments



Powered by web site analytics system.

http://www.miccosukeetribeofindiansofflorida.com/

YOUR ALL A BUNCH OF F█████ A███ ! YOU KNOW WHY ?  BECAUSE YOU DONT HAVE THE GUTS TO BE WHAT YOU WANT TO BE .  YOU NEED PEOPLE LIKE ME .  YOU NEED PEOPLE LIKE ME , SO YOU CAN POINT YOUR F█████ FINGERS AND SAY , THATS THE BAD GUY !  SO , WHAT THAT MAKE YOU , GOOD ?  YOUR NOT GOOD .  YOU JUST KNOW HOW TO HIDE , HOW TO LIE .  ME .  I DON'T HAVE THAT PROBLEM .  ME .  I ALWAYS TELL THE TRUTH , EVEN WHEN I LIE .  SO SAY GOOD NIGHT TO THE BAD GUY !  GO ON , THE LAST TIME YOUR GONNA SEE A BAD GUY LIKE THIS AGAIN !  LET ME TELL YOU !

# 1STUNNA.COM



http://www.miccosukeetribeofindiansofflorida.com/

BLANK

12/19/2008

BLANK





http://www.miccosukeetribeofindiansofflorida.com/

# EXHIBIT  E

**Beau dasher**

| | |
|---|---|
| **From:** | Michael Tein |
| **Sent:** | Sunday, December 21, 2008 9:36 AM |
| **To:** | Guy Lewis; Beau dasher |
| **Subject:** | FW: A GIFT FROM SANTA CLAUS |

```
-----Original Message-----
From: STEVEN THIELE [mailto:1stunna@1stunna.com]
Sent: Sunday, December 21, 2008 9:22 AM
To: Michael Tein
Subject: A GIFT FROM SANTA CLAUS

GOOD MORNING MICHAEL!  THIS MORNING I HAVE DELETED THE FORWARDS OF THE DOMAIN NAMES
THAT YOU ARE CONCERED ABOUT.  I HOPE YOU HAVE HAPPY HOLIDAYS, THIS IS MY GIFT TO
YOU!    # 1 STUNNA
```

1

# EXHIBIT  F

## Beau dasher

| | |
|---|---|
| **From:** | 1stunna@1stunna.com |
| **Sent:** | Wednesday, March 11, 2009 4:06 PM |
| **To:** | Beau dasher |
| **Subject:** | RE: Miccosukee Tribe of Indians of Florida v. Thiele, Case No.: 08-22714-CIV-Ungaro |


THE CODE FOR MICCOSUKEETRIBEOFINDIANS.COM IS scy0c5wc  IF YOU WANT THE OTHER 2
DOMAIN NAMES MAKE ME AN OFFER AND STOP THREATENING ME WITH LAWSUITS.  IF YOUR GONNA
SUE ME, THEN SUE ME.  I GUESS YOU HAVE NOT REALIZED THAT I DO NOT GIVE A S███!  HAVE
A NICE DAY. # 1 STUNNA


--- On Wed, 3/11/09, Beau dasher <bdasher@lewistein.com> wrote:

> From: Beau dasher <bdasher@lewistein.com>
> Subject: RE: Miccosukee Tribe of Indians of Florida v. Thiele, Case
> No.: 08-22714-CIV-Ungaro
> To: "STEVEN THIELE" <1stunna@1stunna.com>
> Date: Wednesday, March 11, 2009, 10:39 AM
> Steven-
>
>
>
> We need a transfer authorization code for miccosukeetribeofindians.com
> as the previous transfer was unsuccessful.  Please email me the
> authorization code or call me at 305-442-1101 as soon as possible to
> avoid our having to file a motion with the Court.
>
>
>
> If you will also send authorization codes for the transfer
> miccosukeegolfchampionship.com and michaeltein.com, it will avoid our
> having to file another lawsuit.
>
>
>
> Thanks,
>
>
>
> Beau
>
>
>
> Beau Dasher| Lewis Tein PL
> The Offices at Cocowalk - Suite 340 | 3059 Grand Avenue| Coconut
> Grove, FL 33133
> Phone: 305-442-1101 | Fax: 305-442-6744 | Email:
> bdasher@lewistein.com
> <mailto:bdasher@lewistein.com>
>
> This transmission is intended to be delivered only to the named
> addressee(s) and may contain information that is confidential,
> proprietary, attorney work-product or attorney-client privileged. If
> this information is received by anyone other than the named
> addressee(s), the recipient is requested to immediately notify the
> sender by E-MAIL and by telephone (305) 442-1101 and obtain
> instructions as to the disposal of the transmitted material.  In no

1

> event shall this material be read, used, copied, reproduced, stored or
> retained by anyone other than the named addressee(s), except with the
> express consent of the sender or the  named addressee(s).  Thank you.
> LEWIS TEIN, PL.

**JS 44** (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)  **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS

THE MICCOSUKEE TRIBE OF INDIANS OF FLORIDA, a federally recognized Indian Tribe, and MICHAEL R. TEIN,

## DEFENDANTS

STEVEN THIELE,

**(b)** County of Residence of First Listed Plaintiff   Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Miami-Dade
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Lewis Tein, P.L.
3059 Grand Avenue, Suite 340, Coconut Grove, Florida 33133
Tel. (305) 442-1101

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☑ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

Dade 09cv20673 - Huck/O'Sullivan

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 6 | ☐ 6 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. Security | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization | | Under Equal Access to Justice |
| | Employment | ☐ 550 Civil Rights | Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien | | ☐ 950 Constitutionality of State |
| | Other | | Detainee | | Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed- (see VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☑ YES ☐ NO

JUDGE  Ursula Ungaro     DOCKET NUMBER  08-22714

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause **(Do not cite jurisdictional statutes unless diversity)**:

15 U.S.C. §§ 1125, 8131 - Cyberpiracy

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE
March 17, 2009

FOR OFFICE USE ONLY

AMOUNT $1350.00   RECEIPT # 997187   FP

03/17/09