UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-20673-CIV-HUCK/O'SULLIVAN

THE MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a federally-recognized
Indian Tribe, and MICHAEL R. TEIN,

    Plaintiffs,

vs.

STEVEN THIELE,

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs Miccosukee Tribe of Indians of Florida and Michael R. Tein hereby dismiss this action without prejudice in light of defendant's full compliance with each of their demands.[1]

    Respectfully submitted,

    LEWIS TEIN, P.L.
    3059 Grand Avenue, Suite 340
    Coconut Grove, Florida 33133
    Telephone Number: (305) 442-1101
    Facsimile Number: (305) 442-6744

    By: */s/ Beau R. Dasher*
        Guy A. Lewis
        Fla. Bar No. 623740
        lewis@lewistein.com
        Beau R. Dasher
        Fla. Bar No. 0040910
        bdasher@lewistein.com

    *Counsel for Plaintiffs Miccosukee Tribe of Indians of Florida and Michael R. Tein*

---

[1] Plaintiff Miccosukee Tribe of Indians of Florida is seeking to collect the monetary judgment, which includes both attorneys' fees and costs, entered in a separate matter presently before this Court, *Miccosukee Tribe of Indians of Florida v. Thiele*, Case No.: 08-22714-CIV-UNGARO/SIMONTON.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 26, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                             */s/ Beau R. Dasher*
                              Beau R. Dasher

**SERVICE LIST**

Steven Thiele
26758 SW 123rd Place
Homestead, Florida 33032
*Via Certified Mail*